**Petition for Writ of Mandamus Denied and Memorandum Opinion filed September 29, 2020.**



In The

# Fourteenth Court of Appeals

---

## NO. 14-20-00172-CV

---

## IN RE CURTIS BURTON, Relator

---

**ORIGINAL PROCEEDING**
**WRIT OF MANDAMUS**
**270th District Court**
**Harris County, Texas**
**Trial Court Cause No. 2015-50245**

---

## MEMORANDUM OPINION

On February 28, 2020, relator Curtis Burton filed a petition for writ of mandamus in this court. *See* Tex. Gov't Code Ann. § 22.221; *see also* Tex. R. App. P. 52. In the petition, relator asks this court to compel the Honorable Dedra Davis, presiding judge of the 270th District Court of Harris County, to set aside her February 11, 2020 order denying relator's motion to disqualify counsel for the defendants in the underlying case.

Relator has failed to show that he is entitled to mandamus relief. Accordingly, we deny relator's petition for writ of mandamus. We also lift our stay entered on March 2, 2020.

PER CURIAM

Panel consists of Justices Jewell, Bourliot, and Hassan.